# In The United States Court of Federal Claims

No. 12-652C

(Filed: November 30, 2012)

_____

RAMONA INVESTMENT GROUP II,
A CALIFORNIA LIMITED
PARTNERSHIP,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On September 28, 2012, plaintiff filed its complaint in this matter.  Defendant's response to the complaint was due on or before November 29, 2012.  No response has been filed.  On or before December 7, 2012, defendant shall file a response to the complaint, along with a motion for leave to file such response out of time.  In its motion for leave to file out of time, defendant's counsel shall certify that it has complied with the provisions of section 7(a)(ii) of this court's special procedures order (Dkt. No. 5).  If defendant fails to file a response to the complaint on or before December 7, 2012, the court will issue a general denial.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge