# In The United States Court of Federal Claims

No. 12-652C

(Filed: April 4, 2013)

_____

RAMONA INVESTMENT GROUP II,
A CALIFORNIA LIMITED
PARTNERSHIP,

                Plaintiff,

  v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic preliminary status conference will be held in this case, on Tuesday, April 9, 2013, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge