# In The United States Court of Federal Claims

No. 12-652C

(Filed: April 10, 2013)

_____

RAMONA INVESTMENT GROUP II,
A CALIFORNIA LIMITED
PARTNERSHIP,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On April 9, 2013, a preliminary status conference was held in this case. Participating in the conference were Jeff H. Eckland, for plaintiff, and Kenneth S. Kessler, for defendant. Based on discussions during the conference:

    1.    This case is hereby **STAYED** until further order;

    2.    On or before July 2, 2013, and every 84 days thereafter, the parties shall file a joint status report regarding the progress of settlement negotiations; and

    3.    Notwithstanding this reporting requirement, the parties shall notify the court immediately if settlement discussions break down.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge